**Electronically Filed**
**Supreme Court**
**SCPW-12-0000620**
**20-AUG-2012**
**12:50 PM**

NO. SCPW-12-0000620

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

ROBERT K.R. QUARTERO, Petitioner,

vs.

KEHAULANI A. M. QUARTERO, SHARI QUARTERO, HOLOUA STENDER,
JACQUELINE THURSTON, BODE UALE, TRACIE KAM ROMUALDO, Respondents.

ORIGINAL PROCEEDING
(FC-D NO. 10-1-002770)

ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Upon consideration of petitioner Robert K.R. Quartero's July 6, 2012 petition for writ of habeas corpus and the documents attached thereto, it appears that petitioner must seek habeas corpus relief in the family court pursuant to HRS § 660-3 (1993) and HRS § 571-11(3) (Supp. 2011). Therefore,

IT IS HEREBY ORDERED that petitioner's request is dismissed without prejudice to seeking habeas corpus relief in the family court.

DATED: Honolulu, Hawai'i, August 20, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

